# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELDER ZACARIAS LOPEZ,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:18-cv-00418-APG-GWF

**Order**

    Petitioner Elder Lopez's motion to withdraw his petition **(ECF No. 9) is GRANTED**. This case is dismissed without prejudice. The clerk of the court is instructed to close the file.

    DATED this 12th day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE